UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DELLEN WOOD PRODUCTS, INC., a Washington corporation, and BDR CORPORATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, KOCH USA, INC., a Georgia corporation, d/b/a KOCH LTD., WOODEYE NORTH AMERICA, INC., a Georgia corporation, INNOVATIV VISION AB, a Swedish corporation, PAUL MASCHINENFABRIK G.m.b.H, a German corporation,<br><br>Defendants. | NO. CS-02-0072-RHW<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION OF DISMISSAL** |

Before the Court is the parties' Joint Stipulation of Dismissal (Ct. Rec. 148). The parties jointly stipulate and move for dismissal of the above-captioned case.

Accordingly**, IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation of Dismissal (Ct. Rec. 148) is **GRANTED**.

2. The above-captioned case is **dismissed**, with prejudice, and without costs.

///
///
///
///

**ORDER GRANTING THE PARTIES'
JOINT STIPULATION OF DISMISSAL** ~ 1

1  **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter
2  this order, furnish copies to counsel, and close the file.
3  **DATED** this 26th day of July, 2006.
4
5                                          *s/ Robert H. Whaley*
6                                          ROBERT H. WHALEY
                                            Chief United States District Judge
7
8
9
10
11
12  Q:\CIVIL\2002\Dellenwood\dismiss.wpd.ord.wpd
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER GRANTING THE PARTIES'**
**JOINT STIPULATION OF DISMISSAL** ~ 2